Clear Form

E-filing

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2126

M. Moyd,
      Plaintiff,  ) CASE NO. _____
           )
vs.         ) APPLICATION TO PROCEED
City & County of    ) IN FORMA PAUPERIS
S.F.         ) (Non-prisoner cases only)
      Defendant. )

I, __M. Moyd__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _League-Minimum_  Net: _750,000.00_

Employer: _Free-agent athlete. Political Lobbyist Fundraiser_

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  O. Embezzled (qc-04-433676)
3  _____
4  _____
5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or           Yes ___  No X
8            self employment?
9       b.   Income from stocks, bonds,        Yes ___  No X
10           or royalties?
11      c.   Rent payments?                    Yes ___  No X
12      d.   Pensions, annuities, or           Yes ___  No X
13           life insurance payments?
14      e.   Federal or State welfare payments, Yes X   No ___
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.  SSI,  SSA
19 _____
20 _____
21 3.    Are you married?                      Yes ___  No X
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_Christopher Peter Wife_

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _X_ No ___

Make _Chevy_ Year _1984_ Model _Vette_

Is it financed? Yes ___ No _X_ If so, Total due: $_____

Monthly Payment: $ _0_

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _Account # 322271627 4924811634_

_Washington Mutual_

Present balance(s): $ _0 Overdrawn $41.00_

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ _0_    Utilities: _0_

Food: $ _0_    Clothing: _0_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_U.S. Dept of Ed._

1  __U.S. Dept of Ed. Region X__

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes _X_   No ___

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed. __Cpc - 06-447164__
6  _____
7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10  __4/24/08__                         __M. Wood.__
11
12     DATE                              SIGNATURE OF APPLICANT