1. MALINKA MOYE
   40. 42. PARSONS STREET
2. SAN FRANCSICO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

5.

6.

7.

8.                           UNITED STATES DISTRICT COURT

9.                           NORTHERN DISTRICT OF CALIFRINA

10.

11. MALINKA MOYE.                         )        CV 08       2126
                       Plaintiff,          )        CASE NO.
12.                                        )
                                           )        NOTICE OF MOTION AND
13.     vs.                                )        ADMINISTRATIVE MOTION TO
                                           )        CONSIDER WHETHER CASES
14. CITY AND COUNTY OF SAN FRANCISCO.      )        SHOULD BE RELATED PURSUANT
    AUTO RETURN.                           )        TO CIVIL L.R. 7-11. JUDGEMENT.
15.                    Defendants,         )        ATTORNEY GENERAL TO FILE
                                           )        CHARGES. MEMORANDUM OF
                                           )        POINTS & AUTHORITIES.
16._____)             DECLARATION
17.

18.                                                 DATE:
                                                    TIME:
19.                                                 COURTROOM:

20.

21.   TO DEFEDANTS & ITS ATTORNEY OF RECORD: MEGGAN HIGGINS. KATHLEEN KIRBY.

22.    NOTICE IS HEREBY GIVEN  that on _____, at 9:00am, or as soon as therafter as counsel may be heard

23. by the above entitled court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

24. will & hereby does move court for judgement. Attorney General to file criminal charges. Against each. Employee

25.. Under employment of City and county of San Francisco. Who aided in false imprisonment of Plaintiff. Unsuccessful

26. murder attempt upon Plaintiff. Employees of Auto-Return who illegally impounded plaintff's vehicle and may have

27. sold. ILLEGALLY. People who aided in ILLEGALL sale of plainitff's families residence. TWICE.

28.                                                                                         1.

1.  UNITED STATES OF DISTRICT COURT

2.  NORTHERN DISTRICT OF CALIFRNIA

3.

4.

5.  This motion is brought on the following grounds. Employees under City and County of San Francisco

6. obstructed justice. Office of the District Attorney falsely imprisoned plaintiff numerous times. Allowed plaintiff's

7. attempted murder attackers to flee jurisdiction without charge. Allowed attempted murder attackers to sale plaintiff's

8. family home ilegally. With full knowledge prior to sale. Office of the District Attorney. Allowed plaintiff' son to be

9. physically abused with prosecution. Office of the District Attorney allowed an illegal transfer of plaintff's other family

10. residence, without prosecution. Office of the District attorney. Set plaintiff up for false drug possession charge

11. MALICIOUS PROSECUTION. Auto-return false impounded plaintiff's vehicle & may have possible made an

12. intentional ILLEGAL VEHICLE TRANSACTION. Violating civil rights act. RICO ACT. EQUAL ACCESS TO

13. JUSTICE ACT.

14.

15.  MEMORANDUM OF POINTS AND AUTHORITIES

16.  EQUAL ACCESS TO JUSTICE ACT.

17.  CIVIL RIGHTS ACT.

18.  RICO ACT.

19.

20.

21.  DECLARATION

22.  I Malinka Moye plaintiff in the above entitled-action. Declars that the foregoing is true and correct to the best of my

23. knowledge under penalty of perjury under the laws of the State of California.

24.

25.

26. DATED: April 23, 2008

    _____
    MALINKA MOYE

27.

28.  2.