United States District Court
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MALINKA MOYE,

9              Plaintiff,                        No. C 08-2051 PJH

10         v.                                    **ORDER DENYING MOTION TO
                                                 RELATE CASE NO. C-08-2051 PJH**
11   VINCE E. COLLINS, et al.,                   **AND CASE NO. C-08-2053 WHA**

12              Defendants.
     _____/

13

14         Plaintiff Malinka Moye filed the above-entitled action, Case No. C-08-2051 PJH, on

15   April 21, 2008, against 15 defendants – identified in the caption as Vince Edward Collins,

16   Derrick Collins, Jay Paul LaPlnate, Elisa Stewart, Bonnie Parkler, Alana Parker, La Donna

17   Rewa Duncan, Judith Wesley, Linda Brwer Stockdale, Deborah Jane Hughes, Kimberley

18   Miller, Red Oak Realty, Lydia Baca, Ratana Jiraittewanna, and Mesha Johnson.

19         Also on April 21, 2008, plaintiff filed five additional actions, one against defendant La

20   Donna Rewa Duncan (C-08-2053 WHA); one against defendant Nate Thurmond (C-08-

21   2054 JL); one against defendant Jack Chew (C-08-2055 MEJ); one against defendant

22   Ratana Jiraittewanna (C-08-2056 PJH); and one against defendant Myraid Ventures, Inc.,

23   dba Bay Car Stereo (C-08-2057 VRW).

24         On April 24, 2008, plaintiff filed three additional actions, one against defendant Linda

25   Brewer Stockdale (C-08-2125 WHA); one against defendant Lydia Baca (C-08-2124 SBA);

26   and one against defendants City and County of San Francisco and Auto Return (C-08-2126

27   SBA).

28         None of the above eight actions, or the present action, states any facts in support of

     any of the claims.  In each of the nine actions, plaintiff filed a request for leave to proceed

**United States District Court**

For the Northern District of California

1  in forma pauperis.  The two cases assigned to the undersigned have been dismissed (with

2  leave to amend) pursuant to 28 U.S.C. § 1915 for failure to state a claim.  Some of the

3  other cases have been similarly dismissed.

4        In each action, with the exception of C-08-2124 SBA, plaintiff also filed an

5  administrative motion to consider whether cases should be related pursuant to Civil Local

6  Rule 7-11.  In each instance, the cases that plaintiff identifies as "related" are cases filed by

7  plaintiff in the Superior Court of California, County of San Francisco.

8        The e-filing docket of the San Francisco Superior Court lists plaintiff as a party in

9  approximately 80 actions of various types, filed beginning in March 2002.  Most of these

10  actions were filed by plaintiff, and many of the defendants have the same names as the

11  defendants in the actions recently filed in this court.  On August 11, 2006, in one of these

12  actions, <u>Malinka Moye v. Lydia Baca</u>, Case No. CGC-06-450461, plaintiff was declared a

13  vexatious litigant pursuant to California Code of Civil Procedure §§ 391.1, 391.3, and

14  391.7(a), and ordered not to file any new litigation in any California state court without first

15  obtaining leave of court.

16        On April 30, 2008, pursuant to plaintiff's administrative motion in C-08-2053 WHA to

17  consider whether cases should be related, the undersigned judge, as the judge assigned

18  the lowest-numbered of the nine cases filed by plaintiff in this court, received a request to

19  determine whether the present action (C-08-2051 PJH) is related to C-08-2053 WHA.

20  Because neither action states any facts in support of the claims, the court is unable to

21  determine whether they are related – and will for the same reason be unable to determine

22  whether the present action is related to any of the other seven actions filed to date.

23

24  **IT IS SO ORDERED.**

25  Dated: May 1, 2008

26                                      PHYLLIS J. HAMILTON
                                    United States District Judge

27

28